Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Jasmine Behroozan, SBN 325761
jasmine@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PAUL MERRELL, individually and on behalf all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMSHOP, LLC, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 5:20-cv-02631-JGB-KK<br><br>Honorable Judge Jesus G. Bernal<br>Courtroom 1<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed: December 22, 2020<br>Trial Date: Not Set |

1
NOTICE OF SETTLEMENT

1 Plaintiff Richard Paul Merrell (hereinafter "Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal of Plaintiff's individual claims, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), will be filed upon execution of a formal settlement agreement. Plaintiff reserves the right to reopen this case if a settlement, with approval of the class, is not finalized timely.

Dated: April 29, 2021

Respectfully Submitted,

/s/ *Thiago M. Coelho*
Thiago M. Coelho
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff and Proposed Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, April 29, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system per Civ. L.R. 5.4(d).

Dated: April 29, 2021                    */s/ Thiago M. Coelho*
                                          Thiago M. Coelho